# United States Court of Appeals
## For the First Circuit

No. 25-2060

LUIS GERMAN LEMA TAMAY,

Petitioner - Appellee,

v.

RODNEY S. SCOTT, Commissioner of Customs and Border Protection; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

**MANDATE**

Entered: February 10, 2026

In accordance with the judgment of December 19, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lindsay Feinberg
Nealy Bowden Fleming
Andrew Kenney Lizotte